# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Heights Properties LLP**, an Arizona Limited Liability Partnership; **Brake Masters Of Sacramento, Inc.**, an Arizona Corporation; and Does 1-10,

    Defendants

Case: 2:14-CV-02579-WBS-EFB

**ORDER**

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 4, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE